**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; and DEUTSCHE BANK NATIONAL TRUSTEE, | ) ) ) )  CIVIL ACTION NO. ) ) |
| Defendants. | ) ) ) ) ) |

## NOTICE OF APPEARANCE

David D. Christensen hereby gives notice of appearance as counsel for defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company, as Trustee.

AMERIQUEST MORTGAGE COMPANY,
AMC MORTGAGE SERVICES, INC.,
AND DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee,


By their attorneys,

s/ David D. Christensen

_____
R. Bruce Allensworth (BBO #015820)
Phoebe S. Winder (BBO #567103)
David D. Christensen (BBO #666401)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617.261.3100
Fax: 617.261.3175
bruce.allensworth@klgates.com
phoebe.winder@klgates.com
david.christensen@klgates.com

Dated: November 8, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this *Notice of Appearance* was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non registered participants on November 8, 2007.

s/ David D. Christensen
David D. Christensen