# Exhibit B

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX ........., ss

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

No. 07-CV-03675

David K. and Kathleen MacDowell, Plaintiff(s)

v.

Ameriquest Mortgage Company,
AMC Mortgage Services,
Deutsche Bank National Trustee,
and Korde & Associates, P.C.

Defendant(s)

## SUMMONS

To the above-named Defendant: AMC Mortgage Services   1100 Town & Country Rd., Ste. 1100 Orange, CA 92868

You are hereby summoned and required to serve upon ......Roddy Klein & Ryan......

................. plaintiff's attorney, whose address is ...727 Atlantic Ave., 2nd Fl. Boston, MA 02111.................., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Middlesex Superior Court Lowell Division - 360 Gorham St. Lowell, MA 01852 ......... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at ..................................................................

the ................................................. day of ..........................................................

................., in the year of our Lord .............................................

A true copy Attest:
10-19-07  Deputy Sheriff Suffolk County

.................................................. Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.