UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; and DEUTSCHE BANK NATIONAL TRUSTEE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF COUNSEL
IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

I, Phoebe S. Winder, counsel to defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company, as Trustee (collectively, "defendants") declare and state as follows:

1. I am a partner at the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP in Boston, Massachusetts.

2. I am one of the counsel of record in the above-captioned action for defendants.

3. I submit this declaration in connection with defendants' Notice of Removal.

4. Attached hereto is a true and accurate copies of the following document:

Exhibit 1:   Assessment for 425 Wheeler Road, Dracut, Massachusetts from Town Assessor of Town of Dracut, Massachusetts ("Dracut"). Dracut public assessment records are available online at www.visionappraisal.com. See Town of Dracut, Town

- 2 -

Assessor, at http://www.dracut-ma.us/departments.aspx?deptid=6 (indicating that town assessment records are available at www.visionappraisal.com).

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 8th DAY OF NOVEMBER, 2007, AT BOSTON, MASSACHUSETTS.

_____
Phoebe S. Winder

## CERTIFICATE OF SERVICE

I hereby certify that this *Declaration of Counsel in Support of Defendants' Notice of Removal* was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non registered participants on November 8, 2007.

                                                  s/ Phoebe S. Winder
                                                  Phoebe S. Winder

# Exhibit 1

## 425 WHEELER RD



Click to enlarge

| | |
|---|---|
| MBLU : | 22/ 36/ 14/ / / |
| Location: | 425 WHEELER RD |
| Owner Name: | MACDOWELL KATHLEEN (TE) |
| Account Number: | |



### Parcel Value

| Item | Appraised Value | Assessed Value |
|---|---:|---:|
| Buildings | 209,000 | 209,000 |
| Extra Building Features | 2,400 | 2,400 |
| Outbuildings | 4,100 | 4,100 |
| Land | 134,300 | 134,300 |
| **Total:** | **349,800** | **349,800** |

### Owner of Record

MACDOWELL KATHLEEN (TE)
C/O DEUTSCHE BANK NATIONAL TRUST
505 CITY PARKWAY WEST #100
ORANGE, CA 92868

### Ownership History

| Owner Name | Book/Page | Sale Date | Sale Price |
|---|---|---|---|
| MACDOWELL KATHLEEN (TE) | 12922/ 197 | 3/28/2002 | |
| MACDOWELL DAVID K. (JTRS) | 7969/ 254 | 4/12/1996 | 16: |
| TERRY LAURENCE M JR | 5344/ 155 | 9/26/1990 | 16( |
| ZABIEREK FRANK V (TE) | 03535/0326 | 6/16/1986 | 15 |
| DEUTSCHE BANK NATIONAS TRUST CO. | 19931/ 100 | 3/27/2006 | 32: |

### Land Use (click here for a list of codes and descriptions)

| Land Use Code | Land Use Description |
|---|---|
| 1010 | SINGLE FAMILY |

### Land Line Valuation

| Size | Zone | Appraised Value | Assessed Value |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 0.92 AC | R1 | 134,300 | 134,300 |


## Construction Detail

| Item | Value |
|---|---|
| STYLE | Colonial |
| MODEL | Residential |
| Grade: | Average |
| Stories: | 2 Stories |
| Interior Flr 1 | Carpet |
| Interior Flr 2 | Hardwood |
| Heat Fuel | Gas |
| Heat Type: | Forced Air-Duc |
| AC Type: | Central |
| Total Bedrooms: | 04 |
| Total Bthrms: | 1 |
| Total Half Baths: | 1 |


## Building Valuation

| Item | Value |
|---|---|
| Living Area | 1,700 square feet |
| Replacement Cost | 240,174 |
| Year Built | 1986 |
| Depreciation | 13% |
| Replacement Cost Less Depreciation | 209,000 |


## Outbuildings (click here for a list of codes and descriptions)

| Code | Description | Units | Appraised Value |
|---|---|---|---|
| SHD1 | SHED FRAME | 80 S.F. | 400 |
| SPL4 | ABOVE GR ROUND | 27 DIAMETER | 1500 |


## Extra Features (click here for a list of codes and descriptions)

| Code | Description | Units | Appraised Value |
|---|---|---|---|
| FPL3 | 2 STORY CHIM | | 1 UNITS | 2400 |


## Building Sketch (click here for a list of codes and descriptions)



## Subarea Summary (click here for a list of codes and descriptions)

| Code | Description | Gross Area | Living Area |
|---|---|---|---|
| BAS | First Floor | 816 | 816 |
| FBM | Basement, Finished | 816 | 0 |
| FEP | Porch, Enclosed, Finished | 168 | 0 |
| FUS | Upper Story, Finished | 884 | 884 |
| WDK | Deck, Wood | 200 | 0 |
| | **Total** | 2884 | 1700 |

Online Database for Dracut, MA Powered by **Vision Appraisal Technology**