**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

|  |  |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; and DEUTSCHE BANK NATIONAL TRUSTEE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. ) ) ) ) ) ) ) ) ) |

**DISCLOSURE STATEMENT OF
<u>AMERIQUEST MORTGAGE COMPANY PURSUANT TO LOCAL RULE 7.3</u>**

Pursuant to Local Rule 7.3 and Fed. R. Civ. P. 7.1, defendant Ameriquest Mortgage Company ("Ameriquest") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Ameriquest's stock.

AMERIQUEST MORTGAGE COMPANY,

By its attorneys,

s/ David D. Christensen

R. Bruce Allensworth (BBO #015820)
Phoebe S. Winder (BBO #567103)
David D. Christensen (BBO #666401)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617.261.3100
Fax: 617.261.3175
bruce.allensworth@klgates.com
phoebe.winder@klgates.com
david.christensen@klgates.com

Dated: November 8, 2007

- 1 -

**CERTIFICATE OF SERVICE**

    I hereby certify that this *Disclosure Statement of Ameriquest Mortgage Company Pursuant to Local Rule 7.3* was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non registered participants on November 8, 2007.

                                                        s/ David D. Christensen
                                                        David D. Christensen