**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; and DEUTSCHE BANK NATIONAL TRUSTEE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> CIVIL ACTION NO. |

**DISCLOSURE STATEMENT OF**
**AMC MORTGAGE SERVICES, INC. PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3 and Fed. R. Civ. P. 7.1, defendant AMC Mortgage Services, Inc. ("AMC") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of AMC's stock.

        AMC MORTGAGE SERVICES, INC.,

        By its attorneys,

        s/ David D. Christensen

        R. Bruce Allensworth (BBO #015820)
        Phoebe S. Winder (BBO #567103)
        David D. Christensen (BBO #666401)
        KIRKPATRICK & LOCKHART
        PRESTON GATES ELLIS LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        Tel: 617.261.3100
        Fax: 617.261.3175
        bruce.allensworth@klgates.com
        phoebe.winder@klgates.com
        david.christensen@klgates.com

Dated: November 8, 2007

- 1 -

**CERTIFICATE OF SERVICE**

    I hereby certify that this *Disclosure Statement of AMC Mortgage Services, Inc. Pursuant to Local Rule 7.3* was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non registered participants on November 8, 2007.

                                                         s/ David D. Christensen
                                                         David D. Christensen