# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

| | |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; and DEUTSCHE BANK NATIONAL TRUSTEE, | ) ) ) ) |
| | ) ) |
| Defendants. | ) ) ) ) |
| | ) |

CIVIL ACTION NO.

## DISCLOSURE STATEMENT OF
## DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
## PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3 and Fed. R. Civ. P. 7.1, defendant Deutsche Bank National

Trust Company, as Trustee, ("Deutsche Bank, as Trustee"), hereby discloses that it is a wholly

owned indirect subsidiary of Deutsche Bank AG and that there is no publicly held company that

owns 10% or more of Deutsche Bank, as Trustee's stock.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE,

By its attorneys,

s/ David D. Christensen

R. Bruce Allensworth (BBO #015820)
Phoebe S. Winder (BBO #567103)
David D. Christensen (BBO #666401)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617.261.3100
Fax: 617.261.3175
bruce.allensworth@klgates.com
phoebe.winder@klgates.com
david.christensen@klgates.com

Dated: November 8, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this *Disclosure Statement of Deutsche Bank National Trust Company, as Trustee Pursuant to Local Rule 7.3* was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non registered participants on November 8, 2007.

s/ David D. Christensen
David D. Christensen