## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; and DEUTSCHE BANK NATIONAL TRUSTEE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 07-12116-NMG |

## **NOTICE OF APPEARANCE**

R. Bruce Allensworth hereby gives notice of appearance as counsel for defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company, as Trustee.

                                        AMERIQUEST MORTGAGE COMPANY,
                                        AMC MORTGAGE SERVICES, INC.,
                                        AND DEUTSCHE BANK NATIONAL
                                        TRUST COMPANY, as Trustee,

                                        By their attorneys,

                                        s/ R. Bruce Allensworth
                                        _____
                                        R. Bruce Allensworth (BBO #015820)
                                        Phoebe S. Winder (BBO #567103)
                                        David D. Christensen (BBO #666401)
                                        KIRKPATRICK & LOCKHART
                                        PRESTON GATES ELLIS LLP
                                        State Street Financial Center
                                        One Lincoln Street
                                        Boston, MA 02111
                                        Tel: 617.261.3100
                                        Fax: 617.261.3175
                                        bruce.allensworth@klgates.com
                                        phoebe.winder@klgates.com
                                        david.christensen@klgates.com

Dated: November 9, 2007

- 1 -

**CERTIFICATE OF SERVICE**

    I hereby certify that this *Notice of Appearance* was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non registered participants on November 9, 2007.

                                                s/ R. Bruce Allensworth
                                                R. Bruce Allensworth