UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; and DEUTSCHE BANK NATIONAL TRUSTEE,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 07-12116-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Phoebe S. Winder hereby gives notice of appearance as counsel for defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company, as Trustee.

        AMERIQUEST MORTGAGE COMPANY,
        AMC MORTGAGE SERVICES, INC.,
        AND DEUTSCHE BANK NATIONAL
        TRUST COMPANY, as Trustee,

        By their attorneys,

        s/ Phoebe S. Winder
        _____

        R. Bruce Allensworth (BBO #015820)
        Phoebe S. Winder (BBO #567103)
        David D. Christensen (BBO #666401)
        KIRKPATRICK & LOCKHART
        PRESTON GATES ELLIS LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        Tel: 617.261.3100
        Fax: 617.261.3175
        bruce.allensworth@klgates.com
        phoebe.winder@klgates.com
        david.christensen@klgates.com

Dated: November 9, 2007

- 1 -

**CERTIFICATE OF SERVICE**

  I hereby certify that this *Notice of Appearance* was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non registered participants on November 9, 2007.

                   _s/ Phoebe S. Winder_
                   Phoebe S. Winder