UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

David MacDowell, et al.,
    Plaintiff(s),

v.    CIVIL ACTION
NO. 07-12116-NMG

Ameriquest Mortgage Co., et al,

    Defendant(s),

## ORDER OF RECUSAL

GORTON, D.J.

    Because Judge Gorton is a stockholder and officer of a closely-held family corporation that is represented by the Kirkpatrick & Lockhart Nicholson Graham LLP lawfirm, he hereby recuses himself from this case.

    BY ORDER OF THE COURT,

    /s/ Craig J. Nicewicz
    Deputy Clerk

Dated: 11/13/07