**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> AMC MORTGAGE SERVICES, INC., and ) <br> DEUTSCHE BANK NATIONAL TRUST, ) <br> ) <br> Defendants. ) | C. A. NO.: 07-12116-RGS <br><br> **ORAL ARGUMENT REQUESTED** |

**AMERIQUEST MORTGAGE COMPANY'S AND
AMC MORTGAGE SERVICES, INC.'S PARTIAL MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Ameriquest Mortgage Company ("Ameriquest") and AMC Mortgage Services, Inc. ("AMC") (collectively, "defendants") move this Court for an order partially dismissing the Complaint Seeking to Enforce Settlement Agreement and to Set Aside Foreclosure Sale ("Complaint") filed by plaintiffs David K. and Kathleen MacDowell ("plaintiffs"). Plaintiffs have failed to state claims on which relief can be granted. Specifically, plaintiffs have sought specific performance of an alleged agreement that fails to satisfy the statute of frauds and that is barred by the doctrine of impossibility; have asserted time barred claims for intentional misrepresentation; have asserted breach of contract claims based upon alleged agreements that are superseded by an integrated contract; have asserted an unjust enrichment claim where express contracts govern the parties' relationships and thereby supersede such a claim; and have asserted a claim for breach of the covenant of good faith and fair dealing based upon alleged pre-contractual statements that have

been overridden by an integrated contract.  Support for this Motion is set forth more fully in the defendants' accompanying Memorandum of Law in Support of Their Partial Motion to Dismiss.

WHEREFORE, Ameriquest and AMC request that the Court grant this Motion, dismiss with prejudice Counts I, III, IV, V, and VIII and, only as to Ameriquest, Count VII, and grant such further and other relief as the Court deems appropriate.

        Respectfully Submitted,

        AMERIQUEST MORTGAGE COMPANY,
        and AMC MORTGAGE SERVICES, INC.

        By their attorneys,

        /s/ David D. Christensen

        _____
        R. Bruce Allensworth (BBO #015820)
        Phoebe S. Winder (BBO #567103)
        David D. Christensen (BBO #666401)
        KIRKPATRICK & LOCKHART
        PRESTON GATES ELLIS LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        Tel: 617.261.3100
        Fax: 617.261.3175
        bruce.allensworth@klgates.com
        phoebe.winder@klgates.com
        david.christensen@klgates.com

Dated: November 16, 2007

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that this *Partial Motion to Dismiss* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 16th day of November, 2007, and to plaintiffs' counsel as follows:

Shennan Kavanagh
Gary Klein
Roddy, Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111

                              /s/ David D. Christensen
                              _____
                              David D. Christensen