UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; and DEUTSCHE BANK NATIONAL TRUSTEE,<br><br>Defendants. | CIVIL ACTION NO. 07-12116-RGS |

## DECLARATION OF COUNSEL IN CONNECTION WITH DEFENDANTS' PARTIAL MOTION TO DISMISS

I, Phoebe S. Winder, counsel to defendants Ameriquest Mortgage Company and AMC Mortgage Services, Inc. (collectively, "defendants"), declare and state as follows:

1. I am a partner at the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP in Boston, Massachusetts.

2. I am counsel of record for defendants in the above-captioned action.

3. I submit this declaration in connection with defendants' Partial Motion to Dismiss.

4. Attached hereto are true and accurate copies of the following documents:

Exhibit A:   Adjustable Rate Note, dated August 17, 2002 ("Note") for property located at 425 Wheeler Road, Dracut, Massachusetts 01826, executed by plaintiffs, David K. MacDowell and Kathleen MacDowell;

- 2 -

<u>Exhibit B</u>:   Mortgage (including Adjustable Rate Rider), dated August 17, 2002 ("Mortgage") for property located at 425 Wheeler Road, Dracut, Massachusetts 01826, executed by plaintiffs, David K. MacDowell and Kathleen MacDowell;

<u>Exhibit C</u>:   Letter from ACC Capital Holdings Corporation to Massachusetts Division of Banks, dated September 18, 2007;

<u>Exhibit D</u>:   Letter from ACC Capital Holdings Corporation to Massachusetts Division of Banks, dated September 14, 2007;

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 16th DAY OF NOVEMBER, 2007, AT BOSTON, MASSACHUSETTS.

　　　　　　　　　　　　　　　　　　　　/s/ Phoebe S. Winder
　　　　　　　　　　　　　　　　　　　　Phoebe S. Winder

## CERTIFICATE OF SERVICE

      I hereby certify that this *Declaration of Counsel in Connection With Defendants' Partial Motion to Dismiss* was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non registered participants on November 16, 2007.

                                             s/ Phoebe S. Winder
                                             Phoebe S. Winder