# EXHIBIT C



September 18, 2007

Via Federal Express

Tiffany Fowlie
Chief Director-Licensing
Division of Banks
One South Station, 3rd Floor
Boston, Massachusetts 02110

Re:　Ameriquest Mortgage Company - License Surrender

Dear Ms. Fowlie:

As of September 30, 2007 Ameriquest Mortgage Company will cease all business operations and is surrendering its respective lending licenses effective at the close of business September 30, 2007. Attached please find a list of licenses, along with the original license, held by the company; if warranted, we've provided the requisite documents to complete the license surrender process.

Access to loan records, licensing questions or any examination issues should be addressed to:
Susan Koch, Director
Central Corporate Compliance
ACC Capital Holdings Corporation
1100 Town & Country Road, Ste. 1200
Orange, CA 92868
Tel: 714-541-9960, ext. 12340
Fax: 714-543-9670
skoch@acc-ch.com

Issues regarding consumer or regulatory complaints should be addressed to:
Eileen Rubens, Sr. Counsel
Legal Division
ACC Capital Holdings Corporation
1100 Town & Country Road, Ste. 1200
Orange, CA 92868
Tel: 714-541-9960, ext. 12006
Fax: 714-543-9670
erubens@acc-ch.com

Should you require additional information regarding the surrender of licenses prior to September 30, 2007 do not hesitate to call me at 714-541-9960 or via email at dtiberend@acc-ch.com.

Sincerely,

Diane Tiberend
Senior Vice President and Counsel