
# EXHIBIT D



September 14, 2007

Via Federal Express

Tiffany Fowlie
Chief Director-Licensing
Division of Banks
One South Station, 3rd Floor
Boston, Massachusetts 02110

Re:   AMC Mortgage Services, Inc. - License Surrender

Dear Ms. Fowlie:

ACC Capital Holdings Corporation ("ACH") is the parent company of AMC Mortgage Services, Inc. On March 6, 2007, a letter advising of an option purchase agreement between ACC Capital Holdings Corporation ("ACH") and Citigroup was delivered to the Department/Division. Please note that an agreement has been reached and Citi Residential Lending Inc. (CRL) exercised its option and acquired certain assets of AMC Mortgage Services, Inc. and Argent Mortgage Company on September 1, 2007. AMC Mortgage Services will cease operations on September 30, 2007 and is surrendering its respective lending licenses effective at the close of business September 30, 2007. Attached please find a list of licenses, along with the original licenses, held by the company; if warranted, we've provided the requisite documents to complete the license surrender process.

Access to loan records, licensing questions or any examination issues should be addressed to:
>   Susan Koch, Director
>   Central Corporate Compliance
>   ACC Capital Holdings Corporation
>   1100 Town & Country Road, Ste, 1200
>   Orange, CA 92868
>   Tel: 714-541-9960, ext. 12340
>   Fax: 714-543-9670
>   skoch@acc-ch.com

Issues regarding consumer or regulatory complaints should be addressed to:
>   Eileen Rubens, Sr. Counsel
>   Legal Division
>   ACC Capital Holdings Corporation
>   1100 Town & Country Road, Ste, 1200
>   Orange, CA 92868
>   Tel: 714-541-9960, ext. 12006
>   Fax: 714-543-9670
>   erubens@acc-ch.com

Should you require additional information regarding the surrender of licenses prior to September 30, 2007 do not hesitate to call me at 714-541-9960 or via email at dtiberend@acc-ch.com.

Sincerely,

Diane Tiberend
Senior Vice President and Counsel

S:\AMQ Legal\LICENSING\RICHARD'S FILES TO MOVE\Company Summaries\AMC and ARGENT LICENSE SURRENDER PROCESS\AMC Mortgage Services Surrender Draft.KWW version.doc

ACC CAPITAL HOLDINGS CORPORATION