**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; and DEUTSCHE BANK NATIONAL TRUSTEE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 07-12116-NMG |

**DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S
ANSWER TO COMPLAINT SEEKING TO ENFORCE SETTLEMENT
AGREEENT AND TO SET ASIDE FORECLOSURE SALE**

Defendant Deutsche Bank National Trust Company, as Trustee ("Deutsche Bank, as Trustee"), hereby answers the Complaint Seeking to Enforce Settlement Agreement and to Set Aside Foreclosure Sale ("Complaint") of plaintiffs David K. MacDowell and Kathleen MacDowell ("plaintiffs") as follows:

**I.      PRELIMINARY STATEMENT**

1.      As to the first sentence of paragraph 1 of the Complaint, Deutsche Bank, as Trustee, admits that Ameriquest Mortgage Company ("Ameriquest") initiated foreclosure proceedings in connection with property owned by the plaintiffs, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations. Deutsche

Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the second and third sentences of paragraph 1 of the Complaint.

2.      Upon information and belief, Deutsche Bank, as Trustee, admits that plaintiffs entered into a forbearance agreement and that Ameriquest initiated foreclosure proceedings after plaintiffs violated the terms of the forbearance agreement. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 2 of the Complaint.

3.      Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 of the Complaint.

4.      Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4 of the Complaint.

## II.      PARTIES

5.      Upon information and belief, Deutsche Bank, as Trustee, admits the allegations set forth in paragraph 5 of the Complaint.

6.      Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6 of the Complaint.

7.      Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7 of the Complaint.

8.      Deutsche Bank, as Trustee, admits that it is a national banking association and that it maintains a place of business in the State of California at 1761 East Street, Santa Ana, California. Deutsche Bank, as Trustee, admits that it acts as trustee and denies the remaining allegations set forth in paragraph 8 of the Complaint.

9. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 of the Complaint.

10. The allegations set forth in paragraph 10 of the Complaint consist of plaintiffs' characterizations to which no response is required. Deutsche Bank, as Trustee, further states that it answers the allegations set forth in the Complaint on behalf of itself and no other entity.

### III.   FACTS

11. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of the Complaint.

12. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12 of the Complaint.

13. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 of the Complaint.

14. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 14 of the Complaint.

15. Upon information and belief, Deutsche Bank, as Trustee, admits that plaintiffs' mortgage loan originated by Ameriquest Mortgage Company ("Ameriquest") had an adjustable rate with an initial interest rate of 8.99% and a prepayment penalty. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 15 of the Complaint.

16. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 16 of the Complaint.

17. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 17 of the Complaint.

18. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 18 of the Complaint.

19. Deutsche Bank, as Trustee, admits that AMC serviced plaintiffs' mortgage loan originated by Ameriquest (the "Ameriquest Loan"). Deutsche Bank, as Trustee, denies the remaining allegations set forth in paragraph 19 of the Complaint.

20. Upon information and belief, Deutsche Bank, as Trustee, admits that plaintiffs entered into a forbearance agreement to cure arrearage on the Ameriquest Loan. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations As to the remaining allegations set forth in paragraph 20 of the Complaint,

21. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form as to the truth of the allegations set forth in paragraph 21 of the Complaint.

22. Deutsche Bank, as Trustee, admits that Korde & Associates P.C. ("Korde") acted as counsel, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 22 of the Complaint.

23. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 23 of the Complaint.

24. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 24 of the Complaint.

25. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 25 of the Complaint.

26. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 26 of the Complaint.

27. Deutsche Bank, as Trustee, admits on information and belief, that AMC sent a letter dated January 31, 2006 to plaintiffs, the contents of which speak for themselves. As to the remaining allegations set forth in paragraph 27 of the Complaint, Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

28. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 28 of the Complaint.

29. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 29 of the Complaint.

30. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 30 of the Complaint.

31. Upon information and belief, Deutsche Bank, as Trustee, admits that Korde sent plaintiffs a letter dated February 7, 2006, the contents of which speak for themselves.

32. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 32 of the Complaint.

33. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 33 of the Complaint.

34. Paragraph 34 of the Complaint sets forth legal conclusions to which no response is required.

35. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 35 of the Complaint.

36. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 36 of the Complaint.

37.     Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 37 of the Complaint.

38.     Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 38 of the Complaint.

39.     Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 39 of the Complaint.

40.     Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 40 of the Complaint.

41.     Deutsche Bank, as Trustee admits that plaintiffs were required to pay certain sums associated with the arrearage on the Ameriquest Loan.  Deutsche Bank, as Trustee, denies the remaining allegations set forth in paragraph 41 of the Complaint.

42.     Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 42 of the Complaint.

43.     Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 43 of the Complaint.

44.     Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 44 of the Complaint.

45.     Upon information and belief, Deutsche Bank, as Trustee, admits that Korde sent plaintiffs a notice to quit and vacate dated March 7, 2006, the contents of which speak for themselves.  As to the remaining allegations set forth in paragraph 45 of the Complaint, Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations.

46. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 46 of the Complaint.

47. Deutsche Bank, as Trustee, admits the allegations set forth in paragraph 47 of the Complaint.

48. Deutsche Bank, as Trustee, admits the allegations set forth in paragraph 48 of the Complaint.

49. Deutsche Bank, as Trustee denies that it entered into any valid, enforceable agreement with the MacDowells.

50. Deutsche Bank, as Trustee, admits that Korde and counsel for the MacDowells exchanged communications; it denies that it entered into any valid, enforceable agreement with the MacDowells; and it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 50 of the Complaint.

51. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 51 of the Complaint.

52. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 52 of the Complaint.

53. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 53 of the Complaint.

**COUNT I: Injunctive Relief to Enforce Settlement Agreement**

54. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 54 of the Complaint.

55. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 55 of the Complaint.

56.     Deutsche Bank, as Trustee, denies that plaintiffs are entitled to the requested relief.

**COUNT II: Unconscionability and/or Illegality (As Against Ameriquest)**

57.     Deutsche Bank, as Trustee, adopts and re-alleges all paragraphs above as if fully restated herein.

58.     The allegations set forth in paragraph 58 of the Complaint consist of legal conclusions to which no response is required.

59.     The allegations set forth in paragraph 59 of the Complaint consist of legal conclusions to which no response is required.

60.     Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 60 of the Complaint.

61.     Deutsche Bank, as Trustee, denies that plaintiffs are entitled to the requested relief.

**COUNT III: Breach of Contract (As Against Ameriquest for Bait and Switch)**

62.     Deutsche Bank, as Trustee, adopts and re-alleges all paragraphs above as if fully restated herein.

63.     Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 63 of the Complaint.

64.     Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 64 of the Complaint.

65.     Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 65 of the Complaint.

66. The allegations set forth in paragraph 66 of the Complaint consist of legal conclusions to which no response is required.

67. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 67 of the Complaint.

68. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 68 of the Complaint.

69. Deutsche Bank, as Trustee, denies that plaintiffs are entitled to the requested relief.

**COUNT IV: Breach of Contract (As Against Ameriquest for Discount Points)**

70. Deutsche Bank, as Trustee, adopts and re-alleges all paragraphs above as if fully restated herein.

71. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 71of the Complaint.

72. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 72 of the Complaint.

73. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 73 of the Complaint.

74. The allegations set forth in paragraph 74 of the Complaint consist of legal conclusions to which no response is required.

75. Deutsche Bank, as Trustee, denies that plaintiffs have suffered any damages or are entitled to any requested relief.

**COUNT V: Intentional Misrepresentation (As Against Ameriquest)**

76. Deutsche Bank, as Trustee, adopts and re-alleges all paragraphs above as if fully restated herein.

77. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 77 of the Complaint.

78. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 78 of the Complaint.

79. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 79 of the Complaint.

80. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 80 of the Complaint.

81. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 81 of the Complaint.

82. Deutsche Bank, as Trustee, denies that plaintiffs are entitled to the requested relief.

### COUNT VI: Breach of Contract (As Against AMC)

83. Deutsche Bank, as Trustee, adopts and re-alleges all paragraphs above as if fully restated herein.

84. Deutsche Bank, as Trustee, admits the allegations set forth in paragraph 84 of the Complaint.

85. Deutsche Bank, as Trustee, admits that plaintiffs entered into a forbearance agreement under which plaintiffs could make regularly scheduled payments to cure the arrearage on the Ameriquest Loan.

86. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 86 of the Complaint.

87. Deutsche Bank, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 87 of the Complaint.

88. Deutsche Bank, as Trustee admits that plaintiffs were required to pay certain fees and costs associated with the arrearage on the Ameriquest Loan. Deutsche Bank, as Trustee, denies the remaining allegations set forth in paragraph 88 of the Complaint.

89. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 89 of the Complaint.

90. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 90 of the Complaint.

91. Deutsche Bank, as Trustee, denies that plaintiffs have suffered any damages or are entitled to any requested relief.

### COUNT VII: Breach of the Covenant of Good Faith and Fair Dealing (As Against Ameriquest and AMC)

92. Deutsche Bank, as Trustee, adopts and re-alleges all paragraphs above as if fully restated herein.

93. The allegations set forth in paragraph 93 of the Complaint consist of legal conclusions to which no response is required.

94. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 94 of the Complaint.

95. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 95 of the Complaint.

96. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 96 of the Complaint.

97. Deutsche Bank, as Trustee, denies that plaintiffs have suffered any damages or are entitled to any requested relief.

**COUNT VIII: Unjust Enrichment (As Against Ameriquest and AMC)**

98. Deutsche Bank, as Trustee, adopts and re-alleges all paragraphs above as if fully restated herein.

99. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 99 of the Complaint.

100. Deutsche Bank, as Trustee, denies that plaintiffs are entitled to the requested relief.

**COUNT IX: Breach of Fiduciary Duty (As Against Deutsche Bank)**

101. Deutsche Bank, as Trustee, adopts and re-alleges all paragraphs above as if fully restated herein.

102. The allegations set forth in paragraph 102 of the Complaint consist of legal conclusions to which no response is required. To the extent that a further response is required, Deutsche Bank, as Trustee, denies the allegations.

103. The allegations set forth in paragraph 103 of the Complaint consist of legal conclusions to which no response is required. To the extent that a further response is required, Deutsche Bank, as Trustee, denies the allegations.

104. The allegations set forth in paragraph 104 of the Complaint consist of legal conclusions to which no response is required. To the extent that a further response is required, Deutsche Bank, as Trustee, denies the allegations.

105. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 105 of the Complaint.

106. Deutsche Bank, as Trustee, denies that plaintiffs have suffered any damages or are entitled to any requested relief.

**COUNT X: Wrongful Foreclosure (As Against Deutsche Bank and Korde)**

107. Deutsche Bank, as Trustee, adopts and re-alleges all paragraphs above as if fully restated herein.

108. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 108 of the Complaint.

109. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 109 of the Complaint.

110. Deutsche Bank, as Trustee, denies that plaintiffs have suffered any damages or are entitled to any requested relief.

**COUNT XI: Intentional Infliction of Emotional Distress (As Against Deutsche Bank and Korde)**

111. Deutsche Bank, as Trustee, adopts and re-alleges all paragraphs above as if fully restated herein.

112. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 112 of the Complaint.

**COUNT XII: Improper Accounting (As Against AMC)**

113. Deutsche Bank, as Trustee, adopts and re-alleges all paragraphs above as if fully restated herein.

114. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 114 of the Complaint.

115. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 115 of the Complaint.

116. Deutsche Bank, as Trustee, denies that plaintiffs have suffered any damages or are entitled to any requested relief.

**COUNT XIII: Declaratory Judgment (As Against Deutsche Bank and Korde)**

117. Deutsche Bank, as Trustee, adopts and re-alleges all paragraphs above as if fully restated herein.

118. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 118 of the Complaint.

119. Deutsche Bank, as Trustee, denies the allegations set forth in paragraph 119 of the Complaint.

120. Deutsche Bank, as Trustee, denies that plaintiffs are entitled to the requested relief.

**REQUESTED RELIEF**

Deutsche Bank, as Trustee, denies that plaintiffs are entitled to any of the requested relief.

**DEFENSES**

**First Affirmative Defense**

Plaintiffs' Complaint fails to state a claim upon which relief can be granted against Deutsche Bank, as Trustee.

**Second Affirmative Defense**

Plaintiffs' claims are barred by the doctrines of release, waiver, estoppel, acquiescence, and ratification.

**Third Affirmative Defense**

Any claims by plaintiffs under are barred to the extent that the alleged violations were not intentional and resulted from a *bona fide* error notwithstanding the maintenance of procedures to avoid such error.

### Fourth Affirmative Defense

Plaintiffs have suffered no cognizable damages.

### Fifth Affirmative Defense

Deutsche Bank, as Trustee, is not liable for any claims by plaintiffs because Deutsche Bank, as Trustee's conduct at all times complied with and was made in good faith conformity with all applicable contracts, covenants, laws, rules, regulations, and statutes.

### Sixth Affirmative Defense

Plaintiffs' claims are barred by application of the doctrine of failure to mitigate damages.

### Seventh Affirmative Defense

In connection with plaintiffs' mortgage loan debt, Deutsche Bank, as Trustee, never employed conduct that was intentional, willful, wanton, or malicious, and never otherwise showed a complete indifference to or a conscious disregard of plaintiffs' rights such that they would be entitled to punitive damages or attorney's fees.

### Eighth Affirmative Defense

Any damages were the result of acts or omissions on the part of plaintiffs or a third party for whose conduct Deutsche Bank, as Trustee, is not responsible.

### Ninth Affirmative Defense

Plaintiffs' claims are barred by the doctrine of unclean hands, laches, and equitable subrogation.

### Tenth Affirmative Defense

Plaintiffs' claims are barred by the statute of frauds.

### Eleventh Affirmative Defense

Plaintiffs' claims are barred by the doctrines of impossibility and illegality.

### Twelfth Affirmative Defense

Plaintiffs' claims are barred by the applicable statutes of limitations.

### Thirteenth Affirmative Defense

Deutsche Bank, as Trustee, gives notice that it intends to rely upon such other and further defenses as may become available during discovery proceedings in this case and hereby reserves its right to amend its Answer and assert such defenses.

WHEREFORE, defendant Deutsche Bank, as Trustee, respectfully requests that the Court:

i.   Enter a judgment in its favor on all counts of the Complaint;

ii.  Dismiss the Complaint with prejudice;

iii. Award Deutsche Bank, as Trustee, its costs and expenses, including attorney's fees, incurred in this action; and Grant such other relief as the Court deems as just and proper.


 

                DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee,

                By its attorneys,

                s/ David D. Christensen
                _____
                R. Bruce Allensworth (BBO #015820)
                Phoebe S. Winder (BBO #567103)
                David D. Christensen (BBO #666401)
                KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
                State Street Financial Center
                One Lincoln Street
                Boston, MA 02111
                Tel: 617.261.3100
                Fax: 617.261.3175
                bruce.allensworth@klgates.com
                phoebe.winder@klgates.com
                david.christensen@klgates.com

Dated: November 16, 2007

- 1 -

**CERTIFICATE OF SERVICE**

    I hereby certify that this *Answer* was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non registered participants on November 16, 2007.

                                             s/ David D. Christensen
                                             David D. Christensen