IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, <br> AMC MORTGAGE SERVICES, INC., and <br> DEUTSCHE BANK NATIONAL TRUST, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    C. A. NO.: 07-12116-RGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on November 19, 2007, the parties conferred and attempted in good faith to resolve or narrow the issues addressed by Ameriquest Mortgage Company's and AMC Mortgage Services, Inc.'s Partial Motion to Dismiss but were unable to reach agreement.

*/s/ Phoebe S. Winder*

Phoebe S. Winder

        Respectfully Submitted,

        AMERIQUEST MORTGAGE COMPANY,
        and AMC MORTGAGE SERVICES, INC.

        By their attorneys,

        /s/  Phoebe S. Winder

        _____
        R. Bruce Allensworth (BBO #015820)
        Phoebe S. Winder (BBO #567103)
        David D. Christensen (BBO #666401)
        KIRKPATRICK & LOCKHART
        PRESTON GATES ELLIS LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        Tel: 617.261.3100
        Fax: 617.261.3175
        bruce.allensworth@klgates.com
        phoebe.winder@klgates.com
        david.christensen@klgates.com

Dated: November 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this *Certificate of Compliance With Local Rule 7.1* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 19th day of November, 2007, and to plaintiffs' counsel as follows:

Shennan Kavanagh
Roddy, Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111

        /s/ David D. Christensen
        _____
        David D. Christensen