UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; and DEUTSCHE BANK NATIONAL TRUSTEE,<br><br>Defendants. | CIVIL ACTION No. 07-12116-NMG |

### NOTICE OF APPEARANCE

Please enter the appearance of Shennan Kavanagh as co-counsel for the Plaintiffs, David K. MacDowell and Kathleen MacDowell.

Respectfully submitted,
David K. and Kathleen MacDowell
By their attorneys,


/s/ Shennan Kavanagh
Shennan Kavanagh (BBO #655174)

>Gary Klein (BBO #560769)
>Roddy Klein & Ryan
>727 Atlantic Avenue, 2nd Floor
>Boston MA 02111
>(617) 357-5500 Ext. 12
>(617) 357-5030 (fax)
>kavanagh@roddykleinryan.com
>klein@roddykleinryan.com

Dated: November 20, 2007

## CERTIFICATE OF SERVICE

I, Shennan Kavanagh, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants by first class mail, postage prepaid, on November 20, 2007.

>/s/ Shennan Kavanagh
>Shennan Kavanagh