**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

_____
                                           )
DAVID K. and KATHLEEN MACDOWELL,  )
                                           )
        Plaintiffs,                    )
                                           )
  v.                                      )    C. A. NO.: 07-12116-RGS
                                           )
AMERIQUEST MORTGAGE COMPANY,     )
AMC MORTGAGE SERVICES, INC., and    )
DEUTSCHE BANK NATIONAL TRUST,      )
                                         )
        Defendants.                )
_____)

**NOTICE OF FILING OF STATE COURT RECORD**
**PURSUANT TO LOCAL RULE 81.1**

       Defendants, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company, as Trustee, (collectively "defendants"), pursuant to Local Rule 81.1(a), hereby file a certified copy of the record and docket of the state court proceeding in the above-referenced action. A true and correct copy of the record and docket sent to defendants' counsel by the clerk of the Middlesex Superior Court is attached hereto as Exhibit A. This filing is in connection with the defendants' Notice of Removal filed with the Court on November 8, 2007.

- 2 -

                                  AMERIQUEST MORTGAGE COMPANY,
                                  AMC MORTGAGE SERVICES, INC.,
                                  AND DEUTSCHE BANK NATIONAL
                                  TRUST COMPANY, as Trustee,

                                  By their attorneys,

                                  s/ David D. Christensen
                                  _____
                                  R. Bruce Allensworth (BBO #015820)
                                  Phoebe S. Winder (BBO #567103)
                                  David D. Christensen (BBO #666401)
                                  KIRKPATRICK & LOCKHART
                                  PRESTON GATES ELLIS LLP
                                  State Street Financial Center
                                  One Lincoln Street
                                  Boston, MA 02111
                                  Tel: 617.261.3100
                                  Fax: 617.261.3175
                                  bruce.allensworth@klgates.com
                                  phoebe.winder@klgates.com
                                  david.christensen@klgates.com

Dated: November 26, 2007

## CERTIFICATE OF SERVICE

       I hereby certify that this *Notice of Filing of State Court Record Pursuant to Local Rule 81.1* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 26, 2007.

                                                    s/ David D. Christensen
                                                    David D. Christensen