MIDDLESEX, ss.  *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this _20th_ day of _November 2007_

_Kathleen M. Dwinnels_
Deputy _Deputy_ Assistant Clerk

**EXHIBIT A**



**AMC MORTGAGE SERVICES**

Attachment 2

Received 2/17/06

January 31, 2006

DAVID K MACDOWELL
KATHLEEN MACDOWELL
425 WHEELER RD
DRACUT, MA 01826-4235

Loan Number:    0037907755

Property Address:   425 WHEELER RD, DRACUT, MA, 01826

Dear DAVID MACDOWELL and KATHLEEN MACDOWELL,

We regret to inform you that the previously approved Forbearance Agreement dated , has been canceled. Our decision to cancel this agreement is based on your failure to deliver to us the payment of $1,340.46 which was due January 30, 2006.

In compliance with the terms of the Forbearance Agreement, your loan has been returned to the Foreclosure Department to resume foreclosure proceedings.

A sale date is set for February 21, 2006. No further notice will be sent to you.

If you have any questions regarding this matter, or would like to discuss other possible options to avoid the loss of your home, please call me at the number listed below.

Sincerely,

Shakola Jackson, Home Retention Specialist
Home Retention Group
(800)211-6926, extension 38368

The Fair Debt Collection Practices Act requires that we notify you that if your mortgage is in default, AMC Mortgage Services, Inc. shall attempt to collect the debt; and any information we obtain will be used for that purpose. If you have received a discharge in bankruptcy, and the mortgage loan was not reaffirmed, AMC shall only exercise its rights against the property and shall not attempt to collect the discharged debt from you personally. If you are represented by an attorney with respect to your mortgage loan, please forward this letter to your attorney. Also, as required by law, you are hereby notified that we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
Also doing business as Delaware AMC Mortgage Services, Inc., in the states of Texas, Rhode Island and New Hampshire
505 City Parkway West, Suite 100, Orange, CA 92868 (800) 211-6926 *                    4

MIDDLESEX, ss.  *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this _20th_ day of _November 2007_

_Kathleen M. Donovan_
Deputy _Deputy_ Assistant Clerk

**EXHIBIT B**

# KORDE & ASSOCIATES, P.C.

Counsellors at Law
321 Billerica Road, Suite 210
Chelmsford, MA 01824-4100

SANJIT S. KORDE
AMY H. MASPERRIER
JULIE A. RANIERI
ANOUK DANAN
VICTOR MANOUGIAN

JOHN H. SLINGERLAND, OF COUNSEL

Telephone (978) 256-1500
Telefax (978) 256-7615
Email: skorde@kordeassoc.com

Received 2/14

February 7, 2006

Kathleen MacDowell
425 Wheeler Road
Dracut, MA 01826

FIRST CLASS MAIL &
CERTIFIED MAIL NO. 7004-1160-0002-9345-5443

RE: Ameriquest Mortgage Company vs. David K. MacDowell and Kathleen MacDowell
Land Court Case No. 303489
Property Address: 425 Wheeler Road, Dracut, MA.

Dear Ms. MacDowell:

You are hereby notified of the intention of Ameriquest Mortgage Company to foreclose by sale under the power of sale contained in a certain mortgage given by David K. MacDowell and Kathleen MacDowell to Ameriquest Mortgage Company. The sale has been rescheduled to February 21, 2006 at 10:00 AM on the premises.

THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Very truly yours,

Julie A. Ranieri

JAR/rw

MIDDLESEX, ss. *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this 30th day of November 2007

_Kathleen M. Donovan_
(Deputy) Deputy Assistant Clerk

**EXHIBIT C**

February 18, 2006

AMC Mortgage Services
505 City Parkway West, Suite 100
Orange, CA 92868
ATTN: Edlyn Delaney
      Shakola Jackson
      Stephanie Gongora

**RE: Loan # 0037907755 – Kathleen & David MacDowell**

Dear Ladies:

There seems to be some confusion with my home retention agreement. Within the last three weeks, I have received three separate communications, one from each of you (copies attached), requesting different monetary amounts payable by January 30, 2006 to maintain a "current" status on my account. Repeated phone calls have not been returned. It would appear that perhaps a miscommunication has occurred.

Unfortunately this "miscommunication" and lack of resolution has once again resulted in my being informed of your intent to foreclose on my property on February 21, 2006 at 10:00am. Letters are dated January 31 and February 7 but were not received until February 17 and 18 respectively. Given that I have received inconsistent information, I find it incomprehensible that you can proceed with a foreclosure when your internal communications do not correlate. How can a mortgage payment increase from $1800 to $2400 to $4700 to $6700 to $7000 in less than 18 mo. without qualifying documentation and explanation being provided?

With this in mind, I respectfully request that you immediately cease the foreclosure action and begin the internal audit on my account that was promised on several occasions by AMC staff between August to December 2005. It would be in both of our best interests to commence this activity in order to adequately identify and resolve payment, receipt of payment, questionable and applicable fees, interest allocated and any other discrepancies that are uncovered,

To review recent activity, on 12/1/05, at AMC's request, $19,000 was rendered via wire transfer, as "back fees" as explained to me by AMC. No subsequent information was provided to me indicating where the funds were applied. Following this large payment, I received notice from Korde & Assoc. on 12/15/05 by certified mail yet another notice of foreclosure scheduled for the following day at 2:30pm. After many frantic calls to AMC without return calls, I contacted Korde & Assoc. and was informed at 2:25pm that it was an error and I should keep up monthly payments as requested. Having, at that time, not received any communication regarding a monthly payment, how was I to do so??

To say the stress and mental anguish caused by this "error" was detrimental to my well being is putting it mildly. I was subsequently treated for anxiety that same day only after having the fear that I was in the process of a major myocardial infarction. I am a Registered Nurse and have much experience with crisis and urgent care but being within five minutes of losing my

**Loan # 0037907755 – Kathleen & David MacDowell**                                    Page 2

home, I was unable to differentiate between the anxiety caused by the fear of losing my home and possible symptoms of an MI. I am currently receiving medical care for this condition that along with maintaining some sort of routine for my three dependent children is a challenge. Our utilities have repeatedly been shut-off in my efforts to meet the inconsistent demands made of me by AMC. Unfortunately, this has been an ongoing and chronically harassing endeavor for the last several months that remains unresolved but yet can be brought to foreclosure status without adequate explanation of fund distribution and expectations.

Additionally, I, along with Jeanne D'Arc Credit Union have made repeated requests for a mortgage payoff statement with no response from AMC. It is possible I am mistaken but I believe Massachusetts Law mandates such requests be honored within five business days. Given Jeanne D'Arc is a lender attempting to finance my mortgage it would seem AMC would be amenable to providing such information. Again, my attempt to resolve the situation is met with no response not only to me but also to another lender.

Currently, I do not receive monthly payment coupons indicating account status, payments made, interest applied, balance due, escrow amounts etc. and have not been able to secure such information verbally or in writing. With the substantial monetary amounts being requested I believe an accounting of fund disbursement is a valid request. Again, I am met with no response.

With respect to our 2005 Mortgage Interest Statement, I believe the information is incorrect and have submitted to AMC my disagreement with the amount of $4000 interest paid for 2005 per my Income Tax Accountant, Frank Sarro of H&R Block, North Andover, MA. He is unable to prepare our income tax return due to the enormous difference in amounts paid from 2004 being $21,000 and 2005 being $4000. His advice was to contact both AMC and the Internal Revenue Service. Both which I have done and am again met with no reply from AMC. Now it is likely I will have to request an extension from the IRS due to this erroneous information again causing me and my family stress and mental anguish.

Regarding the impending foreclosure scheduled for February 21 at 10:00am, please be advised that I attempted to Western Union a payment of $6700 (not $1340.46 as requested in one letter) on Saturday, Feb. 18 but was unsuccessful due to the timing of events. I received the foreclosure notice in the Feb. 18 mail at approx. 11:15am and immediately went to the bank to wire the funds but was reminded that this would take 2-4 days to post to AMC. I then purchased a bank check and went to a local Western Union office only to learn they accept cash only. By this time, the bank was closed. My next thought was to deliver the funds to Korde & Assoc. but recalled the events in early December 2005 when they would not accept funds which leaves me perplexed in that all of their communications highlight "This letter is an attempt to collect a debt ..." but yet they will not collect a debt! Monday, Feb. 20 is a holiday and my bank is closed, I will therefore redeposit the bank check in person at 8:00am on Tuesday, February 21 and withdraw $6700 in cash. I will then go directly to the Western Union office and wire the funds to AMC, provided I haven't been robbed along the way. You should see this transaction when you begin your business day. I trust this action will provide a stay of execution in order that we can rectify this situation urgently and amicably. In good faith, I chose to remit the higher amount of $6700 rather than the $1340.46 requested in a letter on

**Loan # 0037907755 – Kathleen & David MacDowell**                              Page 3

Jan. 31 but not received until Feb. 17. It is my hope that such an effort will reinforce to you my conviction to resolve this situation.

In summary, not being acquainted with other Ameriquest/AMC customers and living with the fear of having to remit exorbitant amounts of money to remain in my home I was both shocked and devastated to read the front-page of the The Boston Globe on Jan. 23 and learn there were others involved in a class-action lawsuit with AMC related to fees and foreclosure etc. It is with this information in hand that I contacted the appropriate authorities, including AMC, for immediate resolution. A final concern is my original loan amount in Aug. 2002 of $287,000 remains the unchanged in credit reporting agencies. Where have my funds been applied?

Thank you for your urgent attention to this matter. I will be available by phone to discuss these matters. Home – 978-452-5358 or Cell – 978-697-8658. I look forward to speaking with you.

Sincerely,

*Kathleen M. MacDowell*

Kathleen M. MacDowell
425 Wheeler Road
Dracut, MA 01826

Cc: Julie A. Ranieri, Korde & Assoc. P.C.
    Thomas F. Reilly, Office of the Attorney General,
    Commonwealth of Massachusetts

Attachments

DDLESEX, ss. *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this _30th_ day of _November 2007_

_____
(Deputy) Deputy Assistant Clerk

**EXHIBIT D**

# RODDY KLEIN & RYAN
Attorneys at Law

727 Atlantic Ave., 2nd Floor
Boston, Massachusetts 02111

Shennan Kavanagh

Tel (617) 357-5500 x 12
Fax (617) 357-5030
kavanagh@roddykleinryan.com

June 13, 2007

*Via Mail and Facsimile 978.256.7615*

Victor Manougian, Esquire
Korde & Associates, P.C.
321 Billerica Road, Suite 210
Chelmsford, MA 01334

Re:  Deutsche Bank National Trustee and Kathleen and David MacDowell
     Loan No. 0153620182-2112

Dear Victor:

This letter is to follow up on my June 4, 2007 email to you requesting an update on the status of the above reference matter. My understanding based on your June 8, 2007 response to my email is that Ameriquest has all of the documentation it needs from the MacDowells and you are waiting for a response as to the final loan terms.

Based on previous telephone conversations and written correspondence with you, Ameriquest has agreed to deed the property located 425 Wheeler Road, Dracut, MA 01826 back to the MacDowells and originate a new loan with Ameriquest that contains no restrictions on refinancing with another lender, no points and fees, and no prepayment penalty. In response to your June 19, 2006 email asking whether the MacDowells wanted a 30-year or a 2/28 loan, I confirmed in a letter dated November 8, 2006 that they agreed to a 30-year fixed loan.

As an initial matter, please let me know when Ameriquest will execute the transactions necessary to deed the property back to the MacDowells. The MacDowells reserve their right to seek court intervention to set aside the foreclosure sale.

Next, the MacDowells have received preliminary loan documents from Ameriquest. As raised in my February 13, 2007 letter to you, the preliminary Truth-in-Lending Disclosure Statement indicates that the MacDowells may be subject to a prepayment penalty. This is inconsistent with our agreement set forth by email dated June 19, 2006 whereby Ameriquest agreed that there would be no prepayment penalty. This is another reminder to ensure that Ameriquest corrects this error when it prepares the final documents. In my February 13, 2007 letter, I also requested an itemization of all items included in the Amount Financed, which totals $325,197.10. Please provide me with this

itemization as son as possible. My understanding is that Ameriquest is not imposing late charges or interest pending settlement discussions.

Finally, I renew my requests, articulated in letters and emails dated July 24, 2006, August 22, 2006, November 8, 2006 and February 13, 2007, for Ameriquest's position on whether it will clear any foreclosure related items from the MacDowells' credit reports. As you know, the issue of whether the foreclosure sale was proper remains in dispute, and the MacDowells have meritorious claims and defenses that the sale was invalid. In light of this, I expect Ameriquest will be willing to remove any foreclosure sale items from their credit report. Otherwise, we will be forced to seek discovery on this issue. I also expect that the MacDowells will not be responsible for paying any foreclosure related fees and/or costs.

Ameriquest has conducted an appraisal of the MacDowells' property and has all of the necessary financial information from the MacDowells. As such, please inform me regarding the status of this matter so that we may resolve it expeditiously.

Thank you for your attention in this matter.

Sincerely,

Shennan Kavanagh

cc:   David and Kathleen MacDowell

Commonwealth of Massachusetts
County of Middlesex
The Superior Court

CIVIL DOCKET # MICV2007-03675-L
Courtroom Cv CrtRm (Lowell)

RE: MacDowell et al v Ameriquest Mortgage Company et al
TO:
Shennan Kavanagh, Esquire
Roddy, Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111

## SCHEDULING ORDER FOR F TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue 07/15/2009.

| STAGES OF LITIGATION | DEADLINES | | |
|---|---|---|---|
| | SERVED BY | FILED BY | HEARD BY |
| Service of process made and return filed with the Court | 12/23/2007 | 12/23/2007 | |
| Response to the complaint filed (also see MRCP 12) | | 01/22/2008 | |
| All motions under MRCP 12, 19, and 20 | 01/22/2008 | 02/21/2008 | 03/22/2008 |
| All motions under MRCP 15 | 01/22/2008 | 02/21/2008 | 03/22/2008 |
| All discovery requests and depositions served and non-expert depositions completed | 07/20/2008 | | |
| All motions under MRCP 56 | 08/19/2008 | 09/18/2008 | |
| Final pre-trial conference held and/or firm trial date set | | | 01/16/2009 |
| Case shall be resolved and judgment shall issue by 07/15/2009 | | | 07/15/2009 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>.
You will be notified of that date at a later time.
Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

MIDDLESEX, ss.

*Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this _____ day of _November 2007_

(Deputy) _____ Assistant Clerk

Michael A. Sullivan
Clerk of the Court

Disabled individuals who need handicap access...
(617) 788-8130 --Check website as to status of case: http://ma-trialcourts.org/tcic
Administrative Office of the Superior Court at

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| **MIDDLESEX, SS.**<br>**LOWELL DIVISION** | **SUPERIOR COURT**<br>**C.A. NO. 07-CV-03675** |

David K. and Kathleen MacDowell, )
                                           )
      Plaintiffs,                     )
                                           )
v.                                            )
                                           )
Ameriquest Mortgage Company, AMC )
Mortgage Services, Deutsche Bank )
National Trustee, and Korde & )
Associates, P.C. )
                                           )
      Defendants                )

FILED IN THE OFFICE OF THE CLERK OF COURTS FOR THE COUNTY OF MIDDLESEX OCT 25 2007

## NOTICE OF DISMISSAL AS TO KORDE & ASSOCIATES, P.C.

David and Kathleen MacDowell provide notice, pursuant to Massachusetts Rule Of Civil Procedure 41(a)(1)(i), that this action shall be dismissed as to Korde & Associates, P.C., *without prejudice*, as to all claims which were or could have been raised herein, that each party shall bear its own costs, and that all rights to appeal are waived.

                                    Respectfully submitted,
                                    David K. and Kathleen MacDowell,
                                    By their attorneys,

                                    Shennan Kavanagh (BBO #655174)
                                    Gary Klein (BBO #560769)
                                    Roddy Klein & Ryan
                                    727 Atlantic Avenue, 2nd Floor
                                    Boston, MA 02111
                                    p. 617.357.5500 ext. 12
                                    f. 617.357.5030
                                    kavanagh@roddykleinryan.com

Dated: October 24, 2007

## CERTIFICATE OF SERVICE

I, Shennan Kavanagh, hereby certify that on this 24th day of October, 2007, I served a true and correct copy of the foregoing document by first class mail, postage prepaid to the following person(s):

Jennifer Markowski, Esq.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

*Shennan Kavanagh*

---

MIDDLESEX, ss. *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this ___ day of November 2007

_Kathleen M. Conway_
Deputy Assistant Clerk

2

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 07-CV-03675



David K. and Kathleen MacDowell, Plaintiff(s)

v.

Ameriquest Mortgage Company,
AMC Mortgage Services,
Deutsche Bank National Trustee,
and Korde & Associates, P.C.

Defendant(s)

## SUMMONS

To the above-named Defendant: Ameriquest Mortgage Company  1100 Town & Country Rd. Orange, CA 92000

You are hereby summoned and required to serve upon Roddy Klein & Ryan

plaintiff's attorney, whose address is 727 Atlantic Ave., 2nd Fl., Boston, MA 02111, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Middlesex Superior Court Lowell Division – 360 Gorham St. Lowell, MA 01852 either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at ................................................................ the ................................ day of ................................ in the year of our Lord ................................ .

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX
NOV 08 2007
[signature] CLERK

............................................................
Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 07-CV-036

David K. and Kathleen MacDowell,
..............................., Plff.

v.

Ameriquest Mortgage Company,
AMC Mortgage Services,
Deutsche Bank National Trustee,
and Korde & Associates, P.C.
..............................., Deft.

SUMMONS
(Mass. R. Civ. P. 4)

---

Commonwealth of Massachusetts
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

MIDDLESEX, ss.

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this 20th day of November, 2007

_____
Kathleen M. Brown
Deputy Assistant Clerk

---

County Sheriff's Department • 151 Merrimac Street • Boston, MA 02114 • (617) 961-6999

, ss.                                                                              2007

I hereby certify and return that on 10/19/2007 at 10:25AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Lisa Mogan, agent and person in charge at the time of service for AMC Mortgage Services, at National Registred Agents, Inc., 303 Congress Street, 2nd floor Boston, MA 02110. Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $36.00

Deputy Sheriff   George Slyva                                    _____
                                                                  Deputy Sheriff

---

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .................., 20......, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4 (d) (1-5)):

.................................................................................................
.................................................................................................
.................................................................................................
.................................................................................................

Dated: .................., 20......