UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID K. and KATHLEEN MACDOWELL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. NO.: 07-12116-RGS |
| AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., and DEUTSCHE BANK NATIONAL TRUST, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION TO EXTEND DEADLINES FOR PLAINTIFFS' RESPONSE TO AMERIQUEST MORTGAGE COMPANY'S AND AMC MORTGAGE SERVICES, INC.'S PARTIAL MOTION TO DISMISS AND DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY**

Plaintiffs, David K. and Kathleen MacDowell (the "MacDowells") and Defendants, Ameriquest Mortgage Company and AMC Mortgage Services, Inc. ("Ameriquest" and "AMC"), jointly and respectfully request an extension of the MacDowells' November 30, 2007 deadline to respond to Ameriquest and AMC's Partial Motion To Dismiss the MacDowells' complaint ("Motion To Dismiss") [Docket No. 9], to on or before January 4, 2008. The parties additionally request that the Court allow Ameriquest and AMC until January 21, 2008, to file their motion for leave to file a reply.

In support of this motion, the parties state the following:

1.  On November 16, 2007, Ameriquest and AMC filed their Motion To Dismiss;

2.  Due to the Thanksgiving holiday, the MacDowells have had insufficient time to adequately respond to the Motion To Dismiss;

3. Counsel for the MacDowells will be traveling from December 5, 2007 to December 9, 2007 for business-related purposes;

4. The upcoming Hanukkah, Christmas and New Years holidays, as well as scheduled vacation days associated with those holidays, have reduced the time available to the MacDowells to prepare a complete response to the Motion To Dismiss;

5. The parties join in this motion; and

6. Extension of these deadlines will not cause undue delay or prejudice any party to this action.

WHEREFORE, the parties respectfully request and extension of the MacDowells' November 30, 2007 deadline to respond to Ameriquest's and AMC's Motion To Dismiss to on or before January 4, 2008, and for the Court to allow Ameriquest and AMC until on or before January 21, 2008 to file their motion for leave to file a reply.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, counsel for the Plaintiffs certifies that she has conferred with counsel for the Defendants, who stated that they join the relief requested in this motion.

    Respectfully submitted,
    David K. and Kathleen MacDowell,
    By their attorneys,

    /s/ Shennan Kavanagh
    Gary Klein
    Shennan Kavanagh
    RODDY KLEIN & RYAN
    727 Atlantic Avenue, 2nd floor
    Boston, MA 02111
    Tel (617) 357-5500 x 15
    Fax (617) 357-5030
    kavanagh@roddykleinryan.com

Respectfully submitted,
On behalf of the Defendants,

/s/ Phoebe Sears Winder
Phoebe Sears Winder
David D. Christensen
R. Bruce Allensworth
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1 Lincoln Street
State Street Financial Center, 17th Floor
Boston, MA 02111
Tel (617) 261-3196
Fax: (617) 261-3175
phoebe.winder@klgates.com


Dated: November 30, 2007

## CERTIFICATE OF SERVICE

I, Shennan Kavanagh, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 30, 2007.

/s/ Shennan Kavanagh
Shennan Kavanagh