## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID K. and KATHLEEN MACDOWELL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> AMC MORTGAGE SERVICES, INC., and ) <br> DEUTSCHE BANK NATIONAL TRUST, ) <br> ) <br> Defendants. ) | C.A. NO.: 07-12116-RGS |

### MOTION TO STAY LITIGATION PENDING JUDICIAL PANEL ON MULTIDISTRICT LIGITATION'S TRANSFER DECISION

Plaintiffs, David K. and Kathleen MacDowell (the "MacDowells") respectfully request that the Court stay this litigation pending the Judicial Panel on Multidistrict Litigation's ("JPML"), decision on their request to transfer this action to *In Re: "Ameriquest Mortgage Co., Mortgage Lending Practices Litigation"*, MDL 1715, pending in the U.S. District Court for the Northern District of Illinois (Lead Case No. 05-07097). A memorandum in support of this motion is submitted herewith.

In support of this motion, the MacDowells state the following:

1. On December 14, 2005, the JPML issued a transfer order establishing MDL 1715.

2. Counsel for the MacDowells was appointed as co-lead counsel for the class actions pending in MDL 1715.

3. On September 19, 2007, the MacDowells, through counsel, filed this action in Middlesex Superior Court.

4. The Defendants filed a Notice of Removal to this Court on November 8, 2007, which the MacDowells did not oppose.

5. There are currently pending January 4, 2008 and January 21, 2008 deadlines for the MacDowells to respond to the Defendants' Motion to Dismiss and for the Defendants' respective reply. The MacDowells request that the stay include these deadlines based on the fact that many of the issues the Defendants raised in their Motion to Dismiss have already been resolved in MDL 1715.

6. The MacDowells' action and the actions previously transferred to MDL 1715 involve common questions of law and fact, including, without limitation, the following:

    a. The same defendants, namely, Ameriquest Mortgage Company, AMC Mortgage Services and Deutsche Bank National Trustee;

    b. Common factual allegations, for example, (1) that Ameriquest used aggressive marketing tactics to induce the Plaintiffs into a refinance transaction; (2) that the loan the Plaintiffs received from Ameriquest was different and less favorable than what Ameriquest promised them; (3) that the Ameriquest loan was characterized by high closing costs and a high prepayment penalty; (4) that the Plaintiffs were not provided with a interest rate discount despite paying discount points; (5) that the Plaintiffs were unable to obtain accurate information needed to reinstate their loan from AMC; and (5) that AMC did not properly apply their payments; and

    c. Common legal claims, such as, breach of contract, bait and switch, misrepresentation, improper servicing, and unjust enrichment.

7. Based on these commonalities, on December 18, 2007, the MacDowells submitted a transfer request to the JPML. A copy of the transfer request is attached as <u>Exhibit A</u>.

8.      Plaintiffs believe that transfer is consistent with the action of the JPML panel in other similar cases. Virtually all federal litigation against Ameriquest has been transferred to date.

9.      Staying this litigation pending the JPML's decision on transferability will not cause undue delay or prejudice any party to this action and will promote judicial economy and efficiency.

10.     Issues similar to those present in this case have been subject to discovery and coordinated pretrial proceedings for almost three years. The existing discovery and the pretrial proceedings would allow the parties to expedite resolution of the matter present here in the event of transfer.

WHEREFORE, the MacDowells respectfully request that the Court stay this litigation until the JPML determines whether to transfer this case to MDL 1715.

        Respectfully submitted,
        David K. and Kathleen MacDowell,
        By their attorneys,

        /s/ Shennan Kavanagh
        Gary Klein
        Shennan Kavanagh
        RODDY KLEIN & RYAN
        727 Atlantic Avenue, 2nd floor
        Boston, MA 02111
        Tel (617) 357-5500 x 15
        Fax (617) 357-5030
        kavanagh@roddykleinryan.com

Dated: January 2, 2008

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, counsel for the Plaintiffs certifies that on January 2, 2008, she conferred with counsel for the Defendants, who stated that the Defendants do not assent to this motion.

/s/ Shennan Kavanagh
Shennan Kavanagh

## CERTIFICATE OF SERVICE

I, Shennan Kavanagh, hereby certify that this motion and its accompanying memorandum were filed electronically through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 2, 2008.

/s/ Shennan Kavanagh
Shennan Kavanagh
