**EXHIBIT A**

# RODDY KLEIN & RYAN
Attorneys at Law

727 Atlantic Ave., 2nd Floor
Boston, Massachusetts 02111

Shennan Kavanagh

Tel. (617) 357-5500 x 12
Fax (617) 357-5030
kavanagh@roddykleinryan.com

December 18, 2007

Mr. Jeffery N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255
North Lobby
Washington, D.C., 20002-8004

Re: <u>MacDowell v. Ameriquest Mortgage Company, et al.</u>
<u>Case No. 07-cv-12116</u>

Dear Mr. Lüthi:

This letter is to notify the Panel of the pendency of the above referenced action as a potential "tag-along action," as defined by Rule 1.1 of the JPML Rules of Procedure, to *In Re: "Ameriquest Mortgage Co., Mortgage Lending Practices Litigation"*, MDL 1715, pending in the U.S. District Court for the Northern District of Illinois (Lead Case No. 05-07097). This "tag-along action" is pending in the U.S. District Court, District of Massachusetts, and involves the following common questions of law and fact with the actions previously transferred to MDL 1715:

1. The same defendants, namely, Ameriquest Mortgage Company, AMC Mortgage Services and Deutsche Bank National Trustee.

2. Common factual allegations, for example, (1) that Ameriquest used aggressive marketing tactics to induce the Plaintiffs into a refinance transaction; (2) that the loan the Plaintiffs received from Ameriquest was different and less favorable than what Ameriquest promised them; (3) that the Ameriquest loan was characterized by high closing costs and a high prepayment penalty; (4) that the Plaintiffs were not provided with a interest rate discount despite paying discount points; (5) that the Plaintiffs were unable to obtain accurate information needed to reinstate their loan from AMC; and (5) that AMC did not properly apply their payments.

3. Common legal claims, such as, breach of contract, bait and switch, misrepresentation, improper servicing, and unjust enrichment.

Based on the above, we request an order transferring this action for inclusion in the consolidated pretrial proceedings in MDL 1715. Transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. A copy of the complaint in the action for which we are requesting transfer is enclosed.

Thank you for your attention in this matter.

Sincerely,

Shennan Kavanagh

cc: Phoebe Winder, Esq.
　　Bruce Allensworth, Esq.