# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:07–cv–12116–RGS

MacDowell et al v. Ameriquest Mortgage Company et al
Assigned to: Judge Richard G. Stearns
Cause: 28:1332 Diversity–Injunctive &Declaratory Relief

Date Filed: 11/08/2007
Date Terminated: 02/11/2008
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth–In–Lending
Jurisdiction: Diversity

**Plaintiff**

**David K. MacDowell**     represented by     **Gary E. Klein**
Roddy Klein &Roddy
727 Atlantic Avenue
2nd Floor
Boston, MA 02111
617–357–5500 ext. 15
Fax: 617–357–5030
Email: klein@roddykleinryan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shennan Alexandra Kavanagh**
Roddy, Klein and Ryan
727 Atlantic Avenue
Boston, MA 02111
617 357 5500 ext. 12
Fax: 617 357 5030
Email: kavanagh@roddykleinryan.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen MacDowell**     represented by     **Gary E. Klein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shennan Alexandra Kavanagh**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**     represented by     **David D. Christensen**
Kirkpatrick &Lockhart Preston Gates Ellis LLP
– MA
State Street Financial Center
One Lincoln Street
Boston, MA 02111–2950

617–951–9077
Fax: 617–261–3175
Email: david.christensen@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bruce Allensworth**
Kirkpatrick &Lockhart Preston Gates Ellis LLP – MA
State Street Financial Center
One Lincoln Street
Boston, MA 02111–2950
617–261–3119
Fax: 617–261–3175
Email: bruce.allensworth@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phoebe Sears Winder**
Kirkpatrick &Lockhart Preston Gates Ellis LLP
1 Lincoln Street
State Street Financial Center
17th Floor
Boston, MA 02111
617–261–3196
Fax: 617–261–3175
Email: phoebe.winder@klgates.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMC Mortgage Services, Inc.**     represented by     **David D. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bruce Allensworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phoebe Sears Winder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank National Trust Company, as Trustee**     represented by     **David D. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bruce Allensworth**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Phoebe Sears Winder**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2007 | " 1 | NOTICE of Appearance by David D. Christensen on behalf of Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, as Trustee (Christensen, David) (Entered: 11/08/2007) |
| 11/08/2007 | " 2 | NOTICE OF REMOVAL by Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, as Trustee from Middlesex Superior Court, case number MICV2007–03675. ( Filing fee $ 350 receipt number 1737883) (Attachments: # 1 Civil Cover Sheet # 2 Local Category Sheet# 3 Exhibit A – Part 1# 4 Exhibit A – Part 2# 5 Exhibit B# 6 Declaration of Counsel)(Christensen, David) (Entered: 11/08/2007) |
| 11/08/2007 | " 3 | CORPORATE DISCLOSURE STATEMENT by Ameriquest Mortgage Company. (Christensen, David) (Entered: 11/08/2007) |
| 11/08/2007 | " 4 | CORPORATE DISCLOSURE STATEMENT by AMC Mortgage Services, Inc.. (Christensen, David) (Entered: 11/08/2007) |
| 11/08/2007 | " 5 | CORPORATE DISCLOSURE STATEMENT by Deutsche Bank National Trust Company, as Trustee. (Christensen, David) (Entered: 11/08/2007) |
| 11/08/2007 | " | ELECTRONIC NOTICE of Case Assignment. Judge Nathaniel M. Gorton assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin (Flaherty, Elaine) (Entered: 11/08/2007) |
| 11/08/2007 | " | Summons Issued as to Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, as Trustee. (Flaherty, Elaine) (Entered: 11/08/2007) |
| 11/09/2007 | " | ELECTRONIC NOTICE of Duplicate Filing Fee and Credit for Refund, for $350.00 paid on 11/08/2007, receipt number 1737644. (Adam, Lucien) (Entered: 11/09/2007) |
| 11/09/2007 | " | Notice of correction to docket made by Court staff. Summons were issued in error. This is a Notice of Removal, the clerk notified the attorney to disregard the summons. (Sonnenberg, Elizabeth) (Entered: 11/09/2007) |
| 11/09/2007 | " 6 | NOTICE of Appearance by R. Bruce Allensworth on behalf of Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, as Trustee (Allensworth, R.) (Entered: 11/09/2007) |
| 11/09/2007 | " 7 | NOTICE of Appearance by Phoebe Sears Winder on behalf of Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, as Trustee (Winder, Phoebe) (Entered: 11/09/2007) |
| 11/13/2007 | " 8 | Judge Nathaniel M. Gorton : Electronic ORDER entered. ORDER OF RECUSAL.(Nicewicz, Craig) (Entered: 11/13/2007) |
| 11/13/2007 | " | ELECTRONIC NOTICE of Reassignment. Judge Richard G. Stearns added. Judge Nathaniel M. Gorton no longer assigned to case. (Sonnenberg, Elizabeth) (Entered: |

| | | |
|---|---|---|
| | | 11/13/2007) |
| 11/16/2007 | " 9 | MOTION to Dismiss by Ameriquest Mortgage Company, AMC Mortgage Services, Inc..(Christensen, David) (Entered: 11/16/2007) |
| 11/16/2007 | " 10 | MEMORANDUM in Support re 9 MOTION to Dismiss filed by Ameriquest Mortgage Company, AMC Mortgage Services, Inc.. (Attachments: # 1 Affidavit # 2 Exhibit A# 3 Exhibit B – Part 1# 4 Exhibit B – Part 2# 5 Exhibit C# 6 Exhibit D)(Christensen, David) (Entered: 11/16/2007) |
| 11/16/2007 | " 11 | ANSWER to Complaint (Notice of Removal) by Deutsche Bank National Trust Company, as Trustee. (Christensen, David) (Entered: 11/16/2007) |
| 11/19/2007 | " 12 | CERTIFICATE OF CONSULTATION re 9 MOTION to Dismiss. (Christensen, David) (Entered: 11/19/2007) |
| 11/20/2007 | " 13 | NOTICE of Appearance by Shennan Alexandra Kavanagh on behalf of David K. MacDowell, Kathleen MacDowell (Kavanagh, Shennan) (Entered: 11/20/2007) |
| 11/26/2007 | " 14 | STATE COURT Record. (Attachments: # 1 Exhibit A, Part 1# 2 Exhibit A, Part 2# 3 Exhibit A, Part 3)(Christensen, David) (Entered: 11/26/2007) |
| 11/30/2007 | " 15 | Joint MOTION for Extension of Time to January 4, 2008 to Respond to Defendants' Partial Motion to Dismiss Complaint *and for Extension of Time to January 21, 2008 for Defendants to file their motion for leave to file a reply* by David K. MacDowell, Kathleen MacDowell.(Kavanagh, Shennan) (Entered: 11/30/2007) |
| 12/17/2007 | " | Judge Judge Richard G. Stearns: Electronic ORDER entered granting 15 Motion for Extension of Time (Flaherty, Elaine) (Entered: 12/17/2007) |
| 01/02/2008 | " 16 | MOTION to Stay *Litigation Pending Judicial Panel on Multidistrict Litigation's Transfer Decision* by David K. MacDowell, Kathleen MacDowell. (Attachments: # 1 Exhibit A)(Kavanagh, Shennan) (Entered: 01/02/2008) |
| 01/02/2008 | " 17 | MEMORANDUM in Support re 16 MOTION to Stay *Litigation Pending Judicial Panel on Multidistrict Litigation's Transfer Decision* filed by David K. MacDowell, Kathleen MacDowell. (Kavanagh, Shennan) (Entered: 01/02/2008) |
| 01/04/2008 | " | Judge Richard G. Stearns: Electronic ORDER entered granting 16 Motion to Stay (Flaherty, Elaine) (Entered: 01/04/2008) |
| 01/30/2008 | " 18 | Copy of MDL Conditional Transfer Order number 36 in MDL Case 1715 received from the MDL Panel. (Jones, Sherry) (Entered: 01/30/2008) |
| 02/11/2008 | " 19 | Certified copy of MDL Conditional Transfer Order received via email notification, number 36 in MDL Case 1715 received from the Northern District of Illinois requesting transfer of case for consolidated pretrial proceedings. (Jones, Sherry) (Entered: 02/11/2008) |
| 02/11/2008 | " 20 | Case transferred to the Northern District of Illinois via case extraction pursuant to Conditional Transfer Order entered by the MDL Panel on 2/11/08. (Jones, Sherry) (Entered: 02/11/2008) |